IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01495-PAB-MJW

DAVID ORNELLAS,

Plaintiff,

v.

DONALD SCHOMER, M.D.,
DAVID VAN SICKLE, M.D.,   and
LITTLETON ADVENTIST HOSPITAL,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Vacate and Reset Scheduling Conference [Docket No **7**], filed with the court July 27, 2011, is **GRANTED.**

It is FURTHER ORDERED that the Scheduling Conference set August 04, 2011 at 9:00 a.m. is VACATED and RESET to August  29, 2011 at 10:00 a.m.  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED the parties shall file their proposed Scheduling Order at least five (5) days prior to the Scheduling/Planning Conference, and  that at least five (5) days prior to the Scheduling/ Planning Conference, counsel/pro se parties shall each submit a brief Confidential Settlement Statement to the Magistrate Judge **ONLY**, outlining the facts and issues involved in the case, and the possibilities for settlement, including any settlement  authority from the client. ECF participants shall submit their Confidential settlement statements to chambers with a subject line "Confidential Settlement Statement" and the  case number to: Watanabe_Chambers@cod.uscourts.gov . (The Confidential Settlement Statement should be in PDF format and sent as an attachment to the e-mail.) Counsel should be prepared to discuss settlement at the Scheduling/Planning Conference and should obtain settlement authority from the client, or have the client available either in person or by telephone. Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper.

Date:   July 29, 2011