IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01495-PAB-MJW

DAVID ORNELLAS,

Plaintiff,

v.

DONALD SCHOMER, M.D.,
DAVID VAN SICKLE, M.D.,  and
LITTLETON ADVENTIST HOSPITAL,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Second Motion to Vacate and Reset Scheduling Conference (docket no. 16) is DENIED.  I do not find good cause to continue the Rule 16 Conference.  Moreover, there is no requirement within the Federal Rules of Civil Procedures that requires that an Answer be filed before this court can conduct a Rule 16 Scheduling Conference.  Moreover, this court has previously granted a motion to continue the Rule 16 Scheduling Conference and this case needs to move forward and either be settled or tried.

Date:  August 15, 2011