IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2011-CV-01495-PAB -MJW

DAVID ORNELLAS,

      Plaintiff,

      vs.

DONALD SCHOMER, M.D., DAVID VAN SICKLE, M.D., and LITTLETON
ADVENTIST HOSPITAL

      Defendants.

---

## STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and agree to the dismissal of Plaintiff's lawsuit against Defendants, without prejudice, the parties to pay their respective attorney fees and costs.

DATED this 25th day of October, 2011.

*Counsel for Plaintiff:*

*s/ Frank W. Coppola*
_____

Frank W. Coppola
William C. Marlin
Michael T. Leinz
Coppola & Marlin, P.C.
3010 East 6th Avenue
Denver, Colorado 80206
(303) 573-7777
(303) 825-3950 – fax
FWC@CoppolaMarlin.com
Bill@CoppolaMarlin.com
Michael@CoppolaMarlin.com

*Counsel for Defendant Donald Schomer,
M.D.:*

*s/ Peter Pryor*
_____

Peter Pryor
Steve Johnston
Pryor Johnson Carney Karr Nixon
5619 DTC Parkway, Suite 1200
Greenwood Village, Colorado 80111
(303) 773-3500
(303) 779-0740 – fax
ppryor@pjckn.com
sjohnston@pjckn.com

*Counsel for Defendant David Van Sickle,
M.D.:*

*s/ Douglas C. Wolanske*
_____

Douglas C. Wolanske
FARACI WOLANSKE LLC
1512 Larimer Street, Suite 1050
Denver, Colorado 80202
(720) 904-1190
(720) 294-1190 – fax
dwolanske@fw-llc.com

*Counsel for Defendant Littleton Adventist
Hospital:*

*s/ Zane Moseley*
_____

Zane Moseley
MOSELEY, BUSSER & APPLETON,
P.C.
300 South Jackson Street, Suite 240
Denver, Colorado 80209
Tele: 303.321.8585
Fax: 303.321.8830
zmoseley@mbapc.net

## CERTIFICATE OF EFILING

I hereby certify that on this 25th day of October, 2011, I electronically filed the foregoing STIPULATION OF DISMISSAL through the CM/ECF system which will automatically send notification of such filling to the following:

*Counsel for Defendant Donald Schomer, M.D.:*

Peter Pryor
Steve Johnston
Pryor Johnson Carney Karr Nixon
5619 DTC Parkway, Suite 1200
Greenwood Village, Colorado 80111
(303) 773-3500
(303) 779-0740 – fax
ppryor@pjckn.com
sjohnston@pjckn.com

*Counsel for Defendant Littleton Adventist Hospital:*

Zane Moseley
MOSELEY, BUSSER & APPLETON, P.C.
300 South Jackson Street, Suite 240
Denver, Colorado 80209
Tele: 303.321.8585
Fax: 303.321.8830
zmoseley@mbapc.net

*Counsel for Defendant David Van Sickle, M.D.:*

Douglas C. Wolanske
FARACI WOLANSKE LLC
1512 Larimer Street, Suite 1050
Denver, Colorado 80202
(720) 904-1190
(720) 294-1190 – fax
dwolanske@fw-llc.com

*s/ Michael T. Leinz*
_____
Coppola & Marlin, P.C.

3